ELECTRONICALLY FILED
St. Francis County Circuit Court
Alan T. Smith, Circuit Clerk
2023-Aug-24  22:23:28
62CV-23-114
C01D04 : 3 Pages

IN THE CIRCUIT COURT FOR
ST. FRANCIS COUNTY, ARKANSAS

TIARA TERRY                                                          PLAINTIFF

VS.                              CASE NO. 62CV-23-114

JOHNNIE JONES, INDIVIDUALLY and IN HER OFFICIAL
CAPACITY; FELICIA PHILLIPS, INDIVIDUALLY and IN
HER OFFICIAL CAPACITY                                                DEFENDANTS

## AMENDED COMPLAINT

Come the Plaintiff, **TIARA TERRY,** by and through counsel, **SUTTER & GILLHAM,**

**P.L.L.C.;** and, for this Amended Complaint, she states:

### PARTIES & JURISDICTION

1.      Plaintiff is a resident and citizen of St. Francis County, Arkansas, who brings this

action to redress deprivations of her State and Federal Constitutional rights as allowed by 42 USC

1983 and the Arkansas Civil Rights Act of 1993.

2.      Defendant, Johnnie Jones, is sued in her individual capacity and her official

capacity as jail administrator and policy maker for St. Francis County, Arkansas.  Felicia Phillips

is sued in her individual capacity and her official capacity as a St. Francis County Sheriff's Deputy.

The Original Complaint is incorporated by reference.

3.      Since the acts given rise to this action arose in St. Francis County, venue is proper.

This Court has subject matter jurisdiction, and this Court has personal jurisdiction over the parties.

### GENERAL ALLEGATIONS OF FACTS

4.      Within the three (3) years preceding the filing of the Original Complaint, Plaintiff

was incarcerated in the St. Francis County Jail.



5.      While Plaintiff was incarcerated in the St. Francis County Jail, she was beaten, placed in a restraint chair for hours on end for punishment, denied female sanitary products, maced for no reason, and given dirty water to drink and dirty food to eat in violation of the 4th and 14th Amendments to the United States Constitution and the Arkansas Civil Rights Act of 1993. Such conduct shocks the conscious and violates Plaintiff's Due Process rights.

6.      On one occasion, Johnnie Jones maced the Plaintiff, for no reason other than for punishment in violation of Plaintiff's clearly established rights to be free from excessive force under the 4th Amendment and Article II of the Arkansas Constitution..

7.      On another occasion, Defendant, Johnnie Jones, placed Plaintiff in a restraint chair for hours on end, causing Plaintiff to remain in her own waste for hours.

8.      Johnnie Jones also denied Plaintiff female sanitary products.

9.      Indeed, Johnnie Jones would give Plaintiff dirty water to drink and dirty food to eat.

10.     Further, on another occasion, Defendant, Felicia Phillips, walked up and slapped Plaintiff, while Plaintiff was handcuffed in violation of Plaintiff's clearly established rights to be free from excessive force under the 4th Amendment and Article II of the Arkansas Constitution.

11.     Phillips and Jones' actions and ommissions caused Plaintiff unnecessary pain, humiliation, and emotional distress.

12.     Defendants took these actions because the Sheriff approved them and failed to train them.

13.     The individual Defendants should be held liable for punitive damages in their individual capacity.

**<u>JURY DEMAND</u>**

14.     Plaintiff prays for a jury trial.

**WHEREFORE**, Plaintiff, **TIARA TERRY** prays for declaratory judgment that Defendant's actions have violated Plaintiff's state and federal constitutional rights granted to her; for appropriate compensatory and punitive damages against each Defendant exceeding One Million Dollars; for attorneys' fees and costs; trial by jury; and, for all other proper relief.

Respectfully submitted,

By:     *Luther Sutter*_____
Luther Oneal Sutter, Esq., ARBN 95031
Lucien R. Gillham, Esq., ARBN 99199
Attorneys for Plaintiff
**SUTTER & GILLHAM, P.L.L.C.**
1501 N Pierce, Ste. 105
Little Rock, AR 72207
501/315-1910 – Office
501/315-1916 - Facsimile
Luther.sutterlaw@gmail.com
Lucien.gillham@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on this 24rd day of August, 2023, via email, upon all counsel of record:

Jason Owens

By:     */s/ Luther Oneal Sutter*_____

Luther Oneal Sutter, Ark. Bar #95-031