IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TIARA TERRY**                                                                             **PLAINTIFF**

**v.**                         **CASE NO. 2:23-CV-00194-BSM**

**JOHNNIE JONES,** *et al.*                                          **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the ordered entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of November, 2025.

*[Signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE